# EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF MICHIGAN

SOUTHERN DIVISION

DOBBS & NEIDLE, P.C.,
a Michigan Professional Corporation,

    Plaintiff,

v.

EPIC MEDIA GROUP, INC.,
a Delaware Corporation,
AZOOGLE.COM, INC., a Delaware
Corporation and AZOOGLEADS US, INC.,
a Delaware corporation, both d/b/a
AZOOGLEADS.COM, INC., jointly
and severally,

    Defendants.

Case No.

Hon.

---

**DOBBS & NEIDLE, P.C.**
By: Gregory R. Neidle (P59273)
Attorney for Plaintiff
30150 Telegraph Road
Suite 410
Bingham Farms, MI 48025
Phone: (248) 723-9511
Fax: (248) 723-9531

---

### AFFIDAVIT ON ACCOUNT STATED PURSUANT TO MCL 600.2145

STATE OF MICHIGAN  )
                            )SS
COUNTY OF OAKLAND  )

    Gregory R. Neidle, being first duly sworn, deposes and says the following:

1. That he is duly authorized to do so, and makes this Affidavit on behalf of the Plaintiff, Dobbs & Neidle, P.C.

2. That an action on account stated is about to be commenced against the above-captioned Defendants.

3. That having personal knowledge of the facts stated, the amount due to Plaintiff from Defendants is $77,541.99, plus interest, but, not including costs or attorneys fees, if any, as near as affiant can estimate, over and above all legal set-offs and counterclaims.

4. That annexed to this Affidavit is a copy of said account.

The above statements are true to the best of my knowledge, belief, and information.

Dated: January 30, 2013

_____
Gregory R. Neidle
Dobbs & Neidle, P.C.

Subscribed and sworn to before me
this 30th day of Jan., 2013.

_____
Daniel J. Ammon, Notary Public
State of Michigan County of Oakland
My commission expires June 22, 2019

2

# D & N
## Dobbs & Neidle, P.C.
Attorneys at Law

30150 TELEGRAPH ROAD SUITE 410
BINGHAM FARMS MI 48025
WWW.DOBBSNEIDLE.COM

**GREGORY R. NEIDLE**
EMAIL: gneidle@dobbsneidle.com

DIRECT DIAL **(248) 723-9511**
TELECOPIER **(248) 723-9531**

January 30, 2013

*Via U.S. Mail &*
*Electronic Mail*

Epic Media Group, Inc.
512 7th Avenue
12th Floor
New York NY 10018

      Re:    Quicken Loans v. Epic Media Group, Inc. et al
             US District Court for the Eastern District of Michigan
             Southern Division Case No. 2:11-cv-11567

**Accounts Payable:**

**EIN 38-**▇▇▇▇▇▇

| | |
|---|---|
| Past Due Invoice………........……………………………………. | $77,541.99 |
| **Total Amount Now Due** | **$77,541.99** |