UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Dobbs & Neidle, P.C.

        Plaintiff(s),

v.

Epic Media Group, Inc., et al

        Defendant(s).
_____/

Case No. 13-10389

Honorable Marianne O. Battani

**FILED MAR - 8 2013 U.S. DISTRICT COURT FLINT, MICHIGAN**

## CLERK'S ENTRY OF JUDGMENT BY DEFAULT

The Clerk's entry of default having been entered against Defendant Social Assets, LLC, and an affidavit having been filed;

THEREFORE, upon the request of the Plaintiff, and pursuant to Rule 55 (b)(1) of the Federal Rules of Civil Procedure, JUDGMENT BY DEFAULT is hereby entered in favor of the Plaintiff and against the Defendant Social Assets, LLC, in the amount of $ 78,021.83 plus interest.

DAVID J. WEAVER, CLERK OF COURT
United States District Court

By: s/ Kristen Krawczyk
      Deputy Clerk

Dated: March 8, 2013