Approved, SCAO

| | | |
|---|---|---|
| Original - Court | | |
| 1st copy - Plaintiff | | |
| 2nd copy - Garnishee | | |
| 3rd copy - Defendant | | |

| STATE OF MICHIGAN<br>JUDICIAL DISTRICT<br>JUDICIAL CIRCUIT<br>US DISTRICT | GARNISHEE DISCLOSURE | CASE NO.<br>13-10389 |
|---|---|---|

Court address   231 W LAFAYETTE BLVD
                DETROIT MI  48226                               Court telephone no

**Plaintiff's name and address (judgment creditor)**
DOBBS & NEIDLE

v

**Defendant's name and address (judgment debtor)**
AZOOGLEAD US INC
% CT CORPORATION
111 8TH AVENUE 13TH FLOOR
NEW YORK NY  10011

SSN/ID    XXX-XX

**Plaintiff's attorney, bar no., address, and telephone no.**
GREGORY R NEIDLE
30150 TELEGRAPH ROAD SUITE 410
BINGHAM FARMS MI  48025

Phone no.   248 723-9511

**Garnishee's name and address**
COMERICA BANK
INTERNAL SERVICES - GARNISHMENTS
P O BOX 75000
DETROIT MICHIGAN 48275-7549

Reference No.140875

SEE INSTRUCTIONS ON OTHER SIDE

1. This disclosure is for a writ of garnishment issued on  2/22/2013  and received by garnishee on  3/29/2013
   - ☑ a. The garnishee mailed or delivered a copy of the writ of garnishment to the defendant on  4/1/2013
   - ☐ b. The garnishee was unable to mail or deliver a copy of the writ of garnishment to the defendant.

2. At the time of service of the writ, garnishee:

   **Non-Periodic Garnishments**
   - ☑ a. is not indebted to defendant for any amount and does not possess or control defendant's property, money, etc.
     Reason:  NO ACCOUNTS
   - ☐ b. is indebted to defendant for non-periodic payments as follows:

     _____   _____
     Description of porperty, money, negotiable instruments, etc. under garnishee's control   Type of account and account number if applicable

     The amount to be withheld is $ _____ and does not exceed the amount stated in item 2. of the writ.
   - ☐ c. Withholding is exempt because: _____

   **Periodic Garnishments**
   - ☐ d. is not obligated to make periodic payments to the defendant during the 91 day period.
     Reason:   ☐ not employed.   ☐ other  _____
   - ☐ e. is obligated to make periodic payments to the defendant during the 91 day period as follows:

     Payments are for   ☐ earnings   ☐ non-earnings
     specify nature of payment (see instructions on back)
     Payments are made   ☐ weekly   ☐ bi-weekly   ☐ semi-monthly   ☐ monthly   ☐ other: _____
     frequency of payment
     A higher priority writ/order   ☐ is   ☐ is not   currently in effect.  (if a higher priority writ/order is in effect, complete the following)

     _____   _____   _____   _____
     Name of court that issued higher priority writ/order   Case number   Date issued   Date served

     Withholding under this writ
     ☐ will begin immediately if sufficient funds are available
     ☐ will not be begin immediately because defendant is   ☐ laid off   ☐ sick   ☐ on leave   ☐ other: _____
     specify

I declare that the statements above are true to the best of my information, knowledge, and belief.

4/11/2013                                                        /s/ Michael D Boutell
Date                                                              Garnishee/Agent/Attorney signature   Michael D. Boutell

**I certify that:**
on  4/11/2013  I mailed or personally delivered a copy of this disclosure with the court.
on  4/11/2013  I mailed or personally delivered a copy of this disclosure to the plaintiff/attorney.
on  4/11/2013  I mailed or personally delivered a copy of this disclosure to the defendant.

4/11/2013                                                        /s/ Michael D Boutell
Date                                                              Garnishee/Agent/Attorney signature   Michael D. Boutell

**DO NOT Include Your Payment With This Disclosure.  See item 3. of the instructions for details.**

MC14   (6/04)      GARNISHEE DISCLOSURE                                   15 USC 1672, 15 USC 1673, MCR 3.101