STATE OF MICHIGAN
US JUDICIAL DISTRICT **JUDICIAL DISTRICT**                    **GARNISHEE DISCLOSURE**
**JUDICIAL CIRCUIT**

CASE NO. 1310389



| Court Address: 231 W LAFAYETTE BLVD   DETROIT  MI 48226 | | Court Telephone No.: (313)234-5005 |
|---|---|---|
| **Plaintiff Name and Address (Judgment Creditor)**<br>DOBBS AND NEIDLE PC | V | **Defendant Name and Address (Judgment Debtor)**<br>EPIC MEDIA GROUP LLC |
| **Plaintiff's Attorney, Bar No., and Address**<br>DOBBS AND NEIDLE PC<br>30150 TELEGRAPH RD STE 410<br><br>BINGHAM FARMS MI 48025<br>(248)723-9511 | | **Garnishee Name and Address**<br>JPMorgan Chase Bank N.A.<br>P.O. Box 183164<br>Columbus, OH 43218-3164<br>1-866-578-7022 |

### SEE INSTRUCTIONS ON OTHER SIDE

1. This disclosure is for a writ of garnishment issued on and received by garnishee on Friday, Mar 29, 2013.
   [   ] a. The garnishee mailed or delivered a copy of the writ of garnishment to the defendant on Friday, Mar 29, 2013.
   [ X ] b. The garnishee was unable to mail or deliver a copy of the writ of garnishment to the defendant.

2. At the time of service of the writ, garnishee:

**FILED**

APR 1 1 2013

CLERK'S OFFICE-DETROIT
U.S. DISTRICT COURT

**Non-Periodic Garnishments**
   [ X ] a. is not indebted to defendant for any amount and does not possess or control defendant's property, money, etc.
         Reason: No Accounts Located
   [   ] b. is indebted to defendant for non-periodic payments as follows:

      Description of property, money, negotiable instruments etc under garnishees control       Type of account and account number if applicable
      Memo:

      The amount to be withheld is $0.00 and does not exceed the amount stated in item 2 of the writ.

   [   ] c. Withholding is exempt because:

**Periodic Garnishments**
   [   ] d. is not obligated to make periodic payments to the defendant during the 91-day period.
         Reason:                    [   ] Not Employed [   ] Other
   [   ] e. is obligated to make periodic payments to the defendant during the 91-day period as follows:
         Payments are for       [   ] Earnings     [   ] Non-earnings
                                                    Specify nature of payment (see instructions on back)
         Payments are made       [   ] Weekly      [   ] Biweekly      [   ] Semi-monthly [   ] Monthly      [   ] Other
                                                                                                            Frequency of Payment
         A high priority writ/order [   ] is / [   ] is not currently in effect (if a higher priority writ/order is in effect, complete the following.)

         Name of court that issued higher priority writ/order          Case Number          Date Issued          Date Served
         Withholding under this writ
         [   ] will begin immediately if sufficient funds are available.
         [   ] will not begin immediately because defendant is       [   ] laid off   [   ] sick      [   ] on leave [   ] other:
                                                                                                                    specify

These responses are based upon a search of data contained in JPMorgan Chase's centralized customer identification and account information system. That system may not necessarily capture all relevant information concerning the judgment debtor(s) or accounts.

I declare that the statements above are true to the best of my information, knowledge, and belief.

Wednesday, April 03, 2013
_____
Date                                                                          _____
                                                                              Garnishee/Agent/Attorney Signature

**I certify that:**

on I mailed or personally delivered a copy of this disclosure with the court.
on I mailed or personally delivered a copy of this disclosure to the plaintiff/attorney.
~~on I mailed or personally delivered a copy of this disclosure to the defendant.~~

Wednesday, April 03, 2013
_____
Date                                                                          _____
                                                                              Garnishee/Agent/Attorney Signature