Approved, SCAO

Original - Court
1st copy - Plaintiff
2nd copy - Garnishee
3rd copy - Defendant

| STATE OF MICHIGAN<br>X JUDICIAL DISTRICT<br>JUDICIAL CIRCUIT<br>US DIST MI | GARNISHEE DISCLOSURE | CASE NO.<br>13-10389 |
|---|---|---|

Court address   231 W LAFAYETTE BLVD   DETROIT MI 48226                                  Court telephone no

| Plaintiff's name and address (judgment creditor)<br>DOBBS & NEIDLE | v | Defendant's name and address (judgment debtor)<br>AZOOGLE.COM INC<br>C/O CT CORPORATION<br>111 8TH AVE 13TH FLOOR<br>NEW YORK NY 10011<br><br>SSN/ID   XXX-XX |
|---|---|---|
| Plaintiff's attorney, bar no., address, and telephone no.<br>GREGORY R NEIDLE<br>30150 TELEGRAPH RD Ste 410<br>BINGHAM FARMS MI 48025<br><br>Phone no.   248-723-9511 | | Garnishee's name and address<br>COMERICA BANK<br>INTERNAL SERVICES - GARNISHMENTS<br>P O BOX 75000<br>DETROIT MICHIGAN 48275-7549<br><br>Reference No.140874 |

SEE INSTRUCTIONS ON OTHER SIDE

1. This disclosure is for a writ of garnishment issued on   3/22/2013   and received by garnishee on   3/29/2013
   - [x] a. The garnishee mailed or delivered a copy of the writ of garnishment to the defendant on   4/1/2013
   - [ ] b. The garnishee was unable to mail or deliver a copy of the writ of garnishment to the defendant.

2. At the time of service of the writ, garnishee:

   **Non-Periodic Garnishments**
   - [x] a. is not indebted to defendant for any amount and does not possess or control defendant's property, money, etc.
     Reason:   NO ACCOUNTS
   - [ ] b. is indebted to defendant for non-periodic payments as follows:

     _____   _____
     Description of porperty, money, negotiable instruments, etc. under garnishee's control   Type of account and account number if applicable
     The amount to be withheld is $ _____ and does not exceed the amount stated in item 2. of the writ.
   - [ ] c. Withholding is exempt because: _____

   **Periodic Garnishments**
   - [ ] d. is not obligated to make periodic payments to the defendant during the 91 day period.
     Reason:   [ ] not employed.   [ ] other _____
   - [ ] e. is obligated to make periodic payments to the defendant during the 91 day period as follows:

     Payments are for   [ ] earnings   [ ] non-earnings
     specify nature of payment (see instructions on back)
     Payments are made   [ ] weekly   [ ] bi-weekly   [ ] semi-monthly   [ ] monthly   [ ] other: _____
     frequency of payment
     A higher priority writ/order   [ ] is   [ ] is not   currently in effect.   (if a higher priority writ/order is in effect, complete the following)

     _____   _____   _____   _____
     Name of court that issued higher priority writ/order   Case number   Date issued   Date served
     Withholding under this writ
     - [ ] will begin immediately if sufficient funds are available
     - [ ] will not be begin immediately because defendant is   [ ] laid off   [ ] sick   [ ] on leave   [ ] other: _____
     specify

I declare that the statements above are true to the best of my information, knowledge, and belief.

4/11/2013                                                                               /s/ Michael D Boutell
Date                                                                                    Garnishee/Agent/Attorney signature   Michael D. Boutell

**I certify that:**
on   4/11/2013   I mailed or personally delivered a copy of this disclosure with the court.
on   4/11/2013   I mailed or personally delivered a copy of this disclosure to the plaintiff/attorney.
on   4/11/2013   I mailed or personally delivered a copy of this disclosure to the defendant.

4/11/2013                                                                               /s/ Michael D Boutell
Date                                                                                    Garnishee/Agent/Attorney signature   Michael D. Boutell

**DO NOT Include Your Payment With This Disclosure.  See item 3. of the instructions for details.**

MC14   (6/04)      GARNISHEE DISCLOSURE                                         15 USC 1672, 15 USC 1673, MCR 3.101

Approved, SCAO

| | | Original - Court |
|---|---|---|
| | | 1st copy - Plaintiff |
| | | 2nd copy - Garnishee |
| | | 3rd copy - Defendant |

| STATE OF MICHIGAN<br>X JUDICIAL DISTRICT<br>JUDICIAL CIRCUIT<br>US DIST MI | **GARNISHEE DISCLOSURE** | CASE NO.<br>13-10389 |
|---|---|---|

Court address  231 W LAFAYETTE BLVD  DETROIT MI 48226    Court telephone no

| Plaintiff's name and address (judgment creditor)<br>DOBBS & NEIDLE | v | Defendant's name and address (judgment debtor)<br>AZOOGLE.COM INC<br>C/O CT CORPORATION<br>111 8TH AVENUE 13TH FLOOR<br>NEW YORK NY 10011<br>SSN/ID  XXX-XX |
|---|---|---|
| Plaintiff's attorney, bar no., address, and telephone no.<br>GREGORY R NEIDLE<br>30150 TELEGRAPH RD STE 410<br>BINGHAM FARMS MI 48025<br>Phone no.  248-723-9511 | | Garnishee's name and address<br>COMERICA BANK<br>INTERNAL SERVICES - GARNISHMENTS<br>P O BOX 75000<br>DETROIT MICHIGAN 48275-7549<br>Reference No.140874 |

SEE INSTRUCTIONS ON OTHER SIDE

1. This disclosure is for a writ of garnishment issued on  3/22/2013  and received by garnishee on  3/29/2013
   - [✓] a. The garnishee mailed or delivered a copy of the writ of garnishment to the defendant on  4/1/2013
   - [ ] b. The garnishee was unable to mail or deliver a copy of the writ of garnishment to the defendant.

2. At the time of service of the writ, garnishee:

   **Non-Periodic Garnishments**
   - [✓] a. is not indebted to defendant for any amount and does not possess or control defendant's property, money, etc.
     Reason: NO ACCOUNTS
   - [ ] b. is indebted to defendant for non-periodic payments as follows:
     
     Description of porperty, money, negotiable instruments, etc. under garnishee's control     Type of account and account number if applicable
     
     The amount to be withheld is $ _____ and does not exceed the amount stated in item 2. of the writ.
   - [ ] c. Withholding is exempt because:

   **Periodic Garnishments**
   - [ ] d. is not obligated to make periodic payments to the defendant during the 91 day period.
     Reason: [ ] not employed.  [ ] other
   - [ ] e. is obligated to make periodic payments to the defendant during the 91 day period as follows:
     
     Payments are for  [ ] earnings  [ ] non-earnings    specify nature of payment (see instructions on back)
     
     Payments are made  [ ] weekly  [ ] bi-weekly  [ ] semi-monthly  [ ] monthly  [ ] other: _____
     
     frequency of payment
     
     A higher priority writ/order  [ ] is  [ ] is not  currently in effect.  (if a higher priority writ/order is in effect, complete the following)
     
     Name of court that issued higher priority writ/order    Case number    Date issued    Date served
     
     Withholding under this writ
     - [ ] will begin immediately if sufficient funds are available
     - [ ] will not be begin immediately because defendant is  [ ] laid off  [ ] sick  [ ] on leave  [ ] other: _____
     
     specify

I declare that the statements above are true to the best of my information, knowledge, and belief.

4/11/2013                                                             _K. Iveson_
Date                                                                  Garnishee/Agent/Attorney signature

**I certify that:**
on  4/11/2013   I mailed or personally delivered a copy of this disclosure with the court.
on  4/11/2013   I mailed or personally delivered a copy of this disclosure to the plaintiff/attorney.
on  4/11/2013   I mailed or personally delivered a copy of this disclosure to the defendant.

4/11/2013                                                             _K. Iveson_
Date                                                                  Garnishee/Agent/Attorney signature

**DO NOT Include Your Payment With This Disclosure.  See item 3. of the instructions for details.**

MC14   (6/04)   GARNISHEE DISCLOSURE                     15 USC 1672, 15 USC 1673, MCR 3.101