

2

| STATE OF MICHIGAN<br>US JUDICIAL DISTRICT COURT **JUDICIAL DISTRICT**<br>**JUDICIAL CIRCUIT** | **GARNISHEE DISCLOSURE** | CASE NO. 1310389 |
|---|---|---|

Court Address: 231 W LAFAYETTE BLVD  DETROIT  MI  48226    Court Telephone No.: (313)234-5005

| **Plaintiff Name and Address (Judgment Creditor)**<br>DOBBS AND NEIDLE PC | v | **Defendant Name and Address (Judgment Debtor)**<br>SOCIAL ASSETS LLC |
|---|---|---|
| **Plaintiff's Attorney, Bar No., and Address**<br>GREOGRY R NEIDLE<br>30150 TELEGRAGH ROAD SUITE 410<br><br>BINGHAM FARMS MI 48025<br>(248)723-9511 | | **Garnishee Name and Address**<br>JPMorgan Chase Bank N.A.<br>P.O. Box 183164<br>Columbus, OH 43218-3164<br>1-866-578-7022 |

### SEE INSTRUCTIONS ON OTHER SIDE

1. This disclosure is for a writ of garnishment issued on and received by garnishee on Friday, Mar 29, 2013.
   [ ] a. The garnishee mailed or delivered a copy of the writ of garnishment to the defendant on Friday, Mar 29, 2013.
   [X] b. The garnishee was unable to mail or deliver a copy of the writ of garnishment to the defendant.

2. At the time of service of the writ, garnishee:

   **Non-Periodic Garnishments**
   [X] a. is not indebted to defendant for any amount and does not possess or control defendant's property, money, etc.
       Reason: No Accounts Located
   [ ] b. is indebted to defendant for non-periodic payments as follows:

   Description of property, money, negotiable instruments etc under garnishees control      Type of account and account number if applicable
   Memo:

   The amount to be withheld is $0.00 and does not exceed the amount stated in item 2 of the writ.

   [ ] c. Withholding is exempt because:

   **Periodic Garnishments**
   [ ] d. is not obligated to make periodic payments to the defendant during the 91-day period.
       Reason:      [ ] Not Employed  [ ] Other
   [ ] e. is obligated to make periodic payments to the defendant during the 91-day period as follows:
       Payments are for      [ ] Earnings    [ ] Non-earnings _____
                                                             Specify nature of payment (see instructions on back)
       Payments are made    [ ] Weekly    [ ] Biweekly    [ ] Semi-monthly  [ ] Monthly    [ ] Other _____
                                                                                                    Frequency of Payment
       A high priority writ/order [ ] is / [ ] is not currently in effect (if a higher priority writ/order is in effect, complete the following.)

   Name of court that issued higher priority writ/order        Case Number        Date Issued        Date Served
   Withholding under this writ
   [ ] will begin immediately if sufficient funds are available.
   [ ] will not begin immediately because defendant is    [ ] laid off    [ ] sick    [ ] on leave  [ ] other: _____
                                                                                                              specify

**FILED**

**APR 1 2 2013**

CLERK'S OFFICE-DETROIT
U.S. DISTRICT COURT

These responses are based upon a search of data contained in JPMorgan Chase's centralized customer identification and account information system. That system may not necessarily capture all relevant information concerning the judgment debtor(s) or accounts.

I declare that the statements above are true to the best of my information, knowledge, and belief.

Saturday, March 30, 2013
Date                                                           _____
                                                               Garnishee/Agent/Attorney Signature

**I certify that:**

on I mailed or personally delivered a copy of this disclosure with the court.
on I mailed or personally delivered a copy of this disclosure to the plaintiff/attorney.
on I mailed or personally delivered a copy of this disclosure to the defendant.

Saturday, March 30, 2013
Date                                                           _____
                                                               Garnishee/Agent/Attorney Signature

COAL-29Mar13-3172                                                                         Page 1 of 2

