Original - Court         2nd copy - Garnishee
1st copy - Plaintiff     3rd copy - Defendant

| STATE OF MICHIGAN U.S. JUDICIAL DISTRICT JUDICIAL CIRCUIT | GARNISHEE DISCLOSURE | CASE NO. 13-10389 |
|---|---|---|

Court address: 231 N. Lafayette Blvd., Detroit, MI 48226   Court telephone no.

**Plaintiff name, address, and telephone no. (judgment creditor)**
Dobbs & Neidle, P.C.

v

**Defendant name, address, and telephone no. (judgment debtor)**
Azoogleads US, Inc.

**FILED**
APR 1 2 2013
CLERK'S OFFICE-DETROIT
U.S. DISTRICT COURT

**Plaintiff's attorney, bar no., address, and telephone no.**
Gregory R. Neidle
30150 Telegraph Rd., Suite 410
Bingham Farms, MI 48025

**Garnishee name and address**
Bank of America
Legal Order Processing
5701 Horatio Street
Utica, NY 13502
NY7-501-02-07

SEE INSTRUCTIONS ON OTHER SIDE

1. This disclosure is for a writ of garnishment issued on 3-22-13 and received by garnishee on 3-29-13.
   ☐ a. The garnishee mailed or delivered a copy of the writ of garnishment to the defendant on _____.
   ☒ b. The garnishee was unable to mail or deliver a copy of the writ of garnishment to the defendant.
2. At the time of service of the writ:
   **Nonperiodic Garnishments**
   ☒ a. The garnishee is not indebted to the defendant for any amount and does not possess or control the defendant's property, money, etc. Reason: No accounts
   ☐ b. The garnishee is indebted to the defendant for nonperiodic payments as follows:
   
   _____ Description of property, money, negotiable instruments, etc. under garnishee's control   Type of account and account number, if applicable
   The amount to be withheld is $ _____ and does not exceed the amount stated in item 2 of the writ.
   ☐ c. Withholding is exempt because _____ State the exemption and legal authority
   
   **Periodic Garnishments**
   ☐ d. The garnishee is not obligated to make periodic payments to the defendant during the effective period.
      Reason: ☐ not employed.   ☐ other _____
   ☐ e. The garnishee is obligated to make periodic payments to the defendant during the effective period as follows.
      Payments are for ☐ earnings. ☐ nonearnings _____
      Specify nature of payment (see instructions on other side)
      Payments are made ☐ weekly. ☐ biweekly. ☐ semimonthly. ☐ monthly. ☐ other: _____ frequency of payment
      A higher priority writ/order ☐ is  ☐ is not  currently in effect. If a higher priority writ/order is in effect, complete the following.
      _____ Name of court that issued higher priority writ/order   Case number   Date issued   Date served
      Withholding under this writ
      ☐ will begin immediately if sufficient funds are available.
      ☐ will not begin immediately because defendant is ☐ laid off. ☐ sick. ☐ on leave. ☐ other: _____ specify.

I declare that the statements above are true to the best of my information, knowledge, and belief.

4-4-13                                      /s/ Smalls
Date                                        Garnishee/Agent/Attorney signature

I certify that:
on 4/4/13 I mailed or personally delivered the original of this disclosure to the court.
on 4/4/13 I mailed or personally delivered a copy of this disclosure to the plaintiff/attorney.
on _____ I mailed or personally delivered a copy of this disclosure to the defendant.

4/4/13                                      /s/ Smalls
Date                                        Garnishee/Agent/Attorney signature

**DO NOT Include Your Payment With This Disclosure. See item 3 of the instructions for details.**

MC 14 (9/12)   GARNISHEE DISCLOSURE                15 USC 1672, 15 USC 1673, MCR 3.101