| STATE OF MICHIGAN U.S. JUDICIAL DISTRICT JUDICIAL CIRCUIT | GARNISHEE DISCLOSURE | CASE NO. 13-10389 |
|---|---|---|

Court address: 231 W. Lafayette Blvd., Detroit, MI 48226     Court telephone no.

**Plaintiff name, address, and telephone no. (judgment creditor)**
Dobbs & Neidle, P.C.

v

**Defendant name, address, and telephone no. (judgment debtor)**
Epic Media Group LLC

**Plaintiff's attorney, bar no., address, and telephone no.**
Gregory R. Neidle
30150 Telegraph Rd., Ste 410
Bingham Farms, MI 48025

**Garnishee name and address**
Bank of America
Legal Order Processing
5701 Horatio Street
Utica, NY 13502
NY7-501-02-07

SEE INSTRUCTIONS ON OTHER SIDE

1. This disclosure is for a writ of garnishment issued on **3-22-13** and received by garnishee on **3-29-13**.
   ☐ a. The garnishee mailed or delivered a copy of the writ of garnishment to the defendant on _____.
   ☒ b. The garnishee was unable to mail or deliver a copy of the writ of garnishment to the defendant.
2. At the time of service of the writ:
   **Nonperiodic Garnishments**
   ☒ a. The garnishee is not indebted to the defendant for any amount and does not possess or control the defendant's property, money, etc. Reason: **No Accounts**.
   ☐ b. The garnishee is indebted to the defendant for nonperiodic payments as follows:
   _____
   Description of property, money, negotiable instruments, etc. under garnishee's control     Type of account and account number, if applicable
   The amount to be withheld is $ _____ and does not exceed the amount stated in item 2 of the writ.
   ☐ c. Withholding is exempt because _____
   State the exemption and legal authority
   **Periodic Garnishments**
   ☐ d. The garnishee is not obligated to make periodic payments to the defendant during the effective period.
   Reason: ☐ not employed.   ☐ other _____
   ☐ e. The garnishee is obligated to make periodic payments to the defendant during the effective period as follows.
   Payments are for   ☐ earnings.   ☐ nonearnings _____
   Specify nature of payment (see instructions on other side)
   Payments are made   ☐ weekly.   ☐ biweekly.   ☐ semimonthly.   ☐ monthly.   ☐ other: _____
   frequency of payment
   A higher priority writ/order  ☐ is   ☐ is not   currently in effect. If a higher priority writ/order is in effect, complete the following.
   _____  _____  _____  _____
   Name of court that issued higher priority writ/order     Case number     Date issued     Date served
   Withholding under this writ
   ☐ will begin immediately if sufficient funds are available.
   ☐ will not begin immediately because defendant is   ☐ laid off.   ☐ sick.   ☐ on leave.   ☐ other: _____
   specify.

I declare that the statements above are true to the best of my information, knowledge, and belief.

**4-4-13**
Date                                          Garnishee/Agent/Attorney signature

I certify that:
on **4/4/13** I mailed or personally delivered the original of this disclosure to the court.
on **4/4/13** I mailed or personally delivered a copy of this disclosure to the plaintiff/attorney.
on _____ I mailed or personally delivered a copy of this disclosure to the defendant.

**4/4/13**
Date                                          Garnishee/Agent/Attorney signature

**DO NOT Include Your Payment With This Disclosure. See item 3 of the instructions for details.**

MC 14 (9/12)  GARNISHEE DISCLOSURE                         15 USC 1672, 15 USC 1673, MCR 3.101