Original - Court          2nd copy - Garnishee
1st copy - Plaintiff      3rd copy - Defendant

Approved, SCAO

| STATE OF MICHIGAN<br>_U.S._ JUDICIAL DISTRICT<br>JUDICIAL CIRCUIT | GARNISHEE DISCLOSURE | CASE NO.<br>13-10389 |
|---|---|---|

Court address _231 W. Lafayette Blvd., Detroit, MI 48226_     Court telephone no.

Plaintiff name, address, and telephone no. (judgment creditor)
_Dobbs & Neidle, P.C._

v

Defendant name, address, and telephone no. (judgment debtor)
_Azoogle.com, Inc._

Plaintiff's attorney, bar no., address, and telephone no.
_Gregory R. Neidle_
_30150 Telegraph Rd., Ste 410_
_Bingham Farms, MI 48025_

Garnishee name and address
**Bank of America**
**Legal Order Processing**
**5701 Horatio Street**
**Utica, NY 13502**
**NY7-501-02-07**

FILED
APR 15 2013
CLERK'S OFFICE - DETROIT
U.S. DISTRICT COURT

SEE INSTRUCTIONS ON OTHER SIDE

1. This disclosure is for a writ of garnishment issued on _3-22-13_ and received by garnishee on _4-4-13_.
   ☐ a. The garnishee mailed or delivered a copy of the writ of garnishment to the defendant on _____.
   ☒ b. The garnishee was unable to mail or deliver a copy of the writ of garnishment to the defendant.
2. At the time of service of the writ:
   **Nonperiodic Garnishments**
   ☒ a. The garnishee is not indebted to the defendant for any amount and does not possess or control the defendant's property, money, etc. Reason: _no accounts_.
   ☐ b. The garnishee is indebted to the defendant for nonperiodic payments as follows:
   _____
   Description of property, money, negotiable instruments, etc. under garnishee's control    Type of account and account number, if applicable
   The amount to be withheld is $ _____ and does not exceed the amount stated in item 2 of the writ.
   ☐ c. Withholding is exempt because _____
   State the exemption and legal authority
   **Periodic Garnishments**
   ☐ d. The garnishee is not obligated to make periodic payments to the defendant during the effective period.
   Reason:   ☐ not employed.   ☐ other _____
   ☐ e. The garnishee is obligated to make periodic payments to the defendant during the effective period as follows.
   Payments are for   ☐ earnings.   ☐ nonearnings _____
   Specify nature of payment (see instructions on other side)
   Payments are made   ☐ weekly.   ☐ biweekly.   ☐ semimonthly.   ☐ monthly.   ☐ other: _____
   frequency of payment
   A higher priority writ/order   ☐ is   ☐ is not   currently in effect. If a higher priority writ/order is in effect, complete the following.
   _____
   Name of court that issued higher priority writ/order    Case number    Date issued    Date served
   Withholding under this writ
   ☐ will begin immediately if sufficient funds are available.
   ☐ will not begin immediately because defendant is   ☐ laid off.   ☐ sick.   ☐ on leave.   ☐ other: _____
   specify

I declare that the statements above are true to the best of my information, knowledge, and belief.

_4-9-13_                                        _[signature]_
Date                                            Garnishee/Agent/Attorney signature

I certify that:
on _4/9/13_, I mailed or personally delivered the original of this disclosure to the court.
on _4/9/13_, I mailed or personally delivered a copy of this disclosure to the plaintiff/attorney.
on _____, I mailed or personally delivered a copy of this disclosure to the defendant.

_4/9/13_                                        _[signature]_
Date                                            Garnishee/Agent/Attorney signature

**DO NOT Include Your Payment With This Disclosure. See item 3 of the instructions for details.**

MC 14 (9/12)   GARNISHEE DISCLOSURE                    15 USC 1672, 15 USC 1673, MCR 3.101