Approved, SCAO

Original Court 1st copy - Plaintiff
2nd copy - Garnishee 3rd copy - Defendant

| STATE OF MICHIGAN<br>U.S. JUDICIAL DISTRICT<br>JUDICIAL CIRCUIT | GARNISHEE DISCLOSURE | CASE NO.<br>13-10389 |
|---|---|---|

Court address: 231 W. Lafayette Blvd., Detroit, MI 48226   Court telephone no.

**Plaintiff name, address, and telephone no. (judgment creditor)**
Dobbs & Neidle, P.C.

v

**Defendant name, address, and telephone no. (judgment debtor)**
Epic Media Group, Inc.

FILED
APR 15 2013
CLERK'S OFFICE-DETROIT
U.S. DISTRICT COURT

**Plaintiff's attorney, bar no., address, and telephone no.**
Gregory R. Neidle
30150 Telegraph Rd., Ste. 410
Bingham Farms, MI 48025

**Garnishee name and address**
Bank of America
Legal Order Processing
5701 Horatio Street
Utica, NY 13502
NY7-501-02-07

SEE INSTRUCTIONS ON OTHER SIDE

1. This disclosure is for a writ of garnishment issued on 3-22-13 and received by garnishee on 4-4-13.
   ☐ a. The garnishee mailed or delivered a copy of the writ of garnishment to the defendant on ___.
   ☒ b. The garnishee was unable to mail or deliver a copy of the writ of garnishment to the defendant.
2. At the time of service of the writ:
   **Nonperiodic Garnishments**
   ☒ a. The garnishee is not indebted to the defendant for any amount and does not possess or control the defendant's property, money, etc. Reason: no accounts
   ☐ b. The garnishee is indebted to the defendant for nonperiodic payments as follows:
   
   Description of property, money, negotiable instruments, etc. under garnishee's control — Type of account and account number, if applicable
   The amount to be withheld is $ ___ and does not exceed the amount stated in item 2 of the writ.
   ☐ c. Withholding is exempt because ___ State the exemption and legal authority
   
   **Periodic Garnishments**
   ☐ d. The garnishee is not obligated to make periodic payments to the defendant during the effective period.
      Reason: ☐ not employed.   ☐ other ___
   ☐ e. The garnishee is obligated to make periodic payments to the defendant during the effective period as follows.
      Payments are for ☐ earnings.  ☐ nonearnings ___
         Specify nature of payment (see instructions on other side)
      Payments are made ☐ weekly.  ☐ biweekly.  ☐ semimonthly.  ☐ monthly.  ☐ other: ___
         frequency of payment
      A higher priority writ/order ☐ is  ☐ is not  currently in effect. If a higher priority writ/order is in effect, complete the following.
      
      Name of court that issued higher priority writ/order   Case number   Date issued   Date served
      
      Withholding under this writ
      ☐ will begin immediately if sufficient funds are available.
      ☐ will not begin immediately because defendant is  ☐ laid off.  ☐ sick.  ☐ on leave.  ☐ other: ___
         specify

I declare that the statements above are true to the best of my information, knowledge, and belief.

4-9-13
Date                                      Garnishee/Agent/Attorney signature

I certify that:
on 4/9/13 I mailed or personally delivered the original of this disclosure to the court.
on 4/9/13 I mailed or personally delivered a copy of this disclosure to the plaintiff/attorney.
on ___ I mailed or personally delivered a copy of this disclosure to the defendant.

4/9/13
Date                                      Garnishee/Agent/Attorney signature

**DO NOT Include Your Payment With This Disclosure. See item 3 of the instructions for details.**

MC 14 (9/12) GARNISHEE DISCLOSURE                 15 USC 1672, 15 USC 1673, MCR 3.101